WILLIAM MEANY *v.* JOSE SALINAS, COMMISSIONER
OF MOTOR VEHICLES
(AC 18744)

O'Connell, C. J., and Lavery and Hennessy, Js.

Argued January 14—officially released February 2, 1999

Per Curiam. The judgment is affirmed.

LAWRENCE R. SMITH *v.* COMMISSIONER OF
CORRECTION
(AC 17592)

O'Connell, C. J., and Lavery and Hennessy, Js.

Argued January 14—officially released February 2, 1999

Per Curiam. The judgment is affirmed.

CARL J. LIANO *v.* CITY OF BRIDGEPORT
(AC 18034)

Spear, Sullivan and Daly, Js.

Argued January 19—officially released February 2, 1999

Per Curiam. The decision of the workers' compensation review board is affirmed.